

06/06/2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-41558 |
| BRETT ANDREW NELSON | § | |
| KARMA DIONE NELSON | § | |
| | § | CHAPTER 11 |
| DEBTORS. | § | |

ORDER DISMISSING CHAPTER 11 CASE

The Motion For Dismissal of Chapter 11 Case came for consideration before this Court, after proper notice to intended parties and no objection, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that this case is dismissed on the condition that all unpaid fees due the United States Trustee be paid within fourteen (14) days.

IT IS SO ORDERED.

Signed on06/06/2011

Brenda T. Rhoades SR

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE